# JS - 6
# O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUDY CAMPOS, | ) | Case No. CV12-05805 JGB(MRWx) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| CITY OF IRWINDALE, et al. | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 11, 2013

                                      JESUS G. BERNAL
                                United States District Judge